UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                     Case No.: 13-cr-20017

GERALD MILLER, III                      Honorable Robert H. Cleland

        Defendant.

_____/

## ORDER FOR TRAVEL EXPENSES

Upon the application of Defendant, GERALD MILLER, III, for Travel Expenses, pursuant to 18 U.S.C. § 4285, and the Court being apprised of Defendant's indigence;

IT IS HEREBY ORDERED that the U.S. Marshal furnish Defendant Gerald Miller with one-way, non-custodial transportation from Jackson, Michigan to MCC Chicago, located at 71 West Van Buren St., Chicago, IL 60605, for the purposes of reporting to serve his sentence by noon on January 30, 2014.

s/Kevin Mulcahy w/consent                    s/Nancy L. McGunn
United States Department of Justice            Attorney for Defendant
Assistant U.S. Attorney                              Federal Defender Office
211 W. Fort Street, Suite 2001                   613 Abbott St., 5th Floor
Detroit, MI 48226                                        Detroit, MI 48226-2522
(313) 226-9100                                            (313) 967-5846
kevin.mulcahy@usdoj.gov                       nancy_mcgunn@fd.org
                                                                  P55156

Dated: January 13, 2014

**SO ORDERED.**

                                                          S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 23, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 23, 2014, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner  
                                                     Case Manager and Deputy Clerk  
                                                     (313) 234-5522